FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE M. ELLISON, | NO. CV 07-4943 ABC (FMO) |
|     Petitioner, | |
| v. | **JUDGMENT** |
| LINDA SANDERS, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _May 5_, 2008.

*Audrey B. Collins*
_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE